UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ANGELA K.,

        Plaintiff,

v.

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security,*

        Defendant.

Civil No. 22-2182 (JRT/ECW)

**ORDER**

---

James H Greeman, **GREEMAN TOOMEY,** 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, *pro se* plaintiff.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, Marisa Silverman, **SOCIAL SECURITY ADMINISTRATION,** Office of Program Litigation Office 4, 6401 Security Boulevard, Baltimore, MD 21235 for defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated July 20, 2023, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that:

    1.    Plaintiff Angela K.'s Motion for Summary Judgment (ECF No. 12) is **GRANTED IN PART**;

    2.    Defendant's Motion for Summary Judgment (ECF No. 15) is **DENIED**; and

3. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with this Report and Recommendation.

Dated: August 8, 2023          s/John R. Tunheim  
at Minneapolis, Minnesota     JOHN R. TUNHEIM  
                                        United States District Judge